# Exhibit   A

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** Costco Wholesale Corporation;
*(AVISO AL DEMANDADO):* Ameletta Bonneville; Janis Anton; and DOES 1 to 100, Inclusive

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**05/01/2018** at 04:05:54 PM

Clerk of the Superior Court
By Dollie Campos, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:** Lourdes Martinez;
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez;

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SUPERIOR COURT OF THE STATE OF CALIFORNIA
700 Civic Center Drive West
Santa Ana, CA 92701

**CASE NUMBER:**
*(Número del Caso):* 30-2018-00989616-CU-PA-CJC

Judge Derek W. Hunt

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Megan G. Demshki (SBN 306881)          (714) 434-1424    (714) 434-3600
AITKEN*AITKEN*COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92707

DATE: 05/01/2018    DAVID H. YAMASAKI, Clerk of the Court    Clerk, by _____, Deputy
*(Fecha)*                                                    *(Secretario)*  Dollie Campos  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Megan G. Demshki (SBN 306881)<br>AITKEN*AITKEN*COHN<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA 92707<br><br>TELEPHONE NO.: (714) 434-1424   FAX NO.: (714) 434-3600<br>ATTORNEY FOR (Name): Plaintiffs | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>05/01/2018 at 04:05:54 PM<br><br>Clerk of the Superior Court<br>By Dollie Campos, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME: Martinez v. Costco

| CIVIL CASE COVER SHEET<br>[X] Unlimited  [ ] Limited<br>(Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: 30-2018-00989616-CU-PA-CJC<br>JUDGE: Judge Derek W. Hunt<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [X] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 3
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 1, 2018

Megan G. Demshki (SBN 306881)                       ▶ *Megan G. Demshki*
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal Solutions Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Wylie A. Aitken (SBN 37770)
Megan G. Demshki (SBN 306881)
AITKEN*AITKEN*COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92707
TELEPHONE NO: (714) 434-1424   FAX NO. *(Optional):* (714) 434-3600
E-MAIL ADDRESS *(Optional):* megan@aitkenlaw.com
ATTORNEY FOR *(Name):* Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez;

DEFENDANT: Costco Wholesale Corporation; Ameletta Bonneville; Janis Anton; and DOES 1 to 100, Inclusive

☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number):*

Type *(check all that apply):*
[X] MOTOR VEHICLE          [X] OTHER *(specify):* Premises Liability
☐ Property Damage          ☐ Wrongful Death
[X] Personal Injury        ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded   ☐ does not exceed $10,000
                    ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

**FOR COURT USE ONLY**

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

05/01/2018 at 04:05:54 PM

Clerk of the Superior Court
By Dollie Campos, Deputy Clerk

CASE NUMBER:

30-2018-00989616-CU-PA-CJC

Judge Derek W. Hunt

1. Plaintiff *(name or names):* Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez;
   alleges causes of action against defendant *(name or names):* Costco Wholesale Corporation; Ameletta Bonneville; Janis Anton and DOES 1-100
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Martinez v. Costco | CASE NUMBER |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Costco Wholesale Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 51-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]      COMPLAINT—Personal Injury, Property Damage, Wrongful Death      Page 2 of 3

PLD-PI-001

| SHORT TITLE: Martinez v. Costco | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. [X] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [X] Premises Liability
    f. [X] Other *(specify):* Wrongful Death

11. Plaintiff has suffered
    a. [ ] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [ ] property damage
    f. [ ] loss of earning capacity
    g. [X] other damage *(specify):* Loss of services of decedent; loss of love, companionship, affection, society and solace; funeral and burial expenses; interest according to law; costs of suit and for such other and further relief as the Court deems proper.

12. [X] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [X] as follows:
    Lourdes Martinez (Decedent's wife), Alfred Martinez, Jr. (Decedent's Son), Elizabeth Martinez (Decedent's Daughter), Araceli Casanas (Decedent's Daughter), Carlos Martinez (Decedent's Son). Loss of services of decedent; loss of love, companionship, affection, society and solace; funeral and burial expenses; interest according to law; costs of suit and for such other and further relief as the Court deems proper.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages   3) Interest according to law
       (2) [ ] punitive damages   4) Request Trial by Jury
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: May 1, 2018

Megan G. Demshki, Esq.
(TYPE OR PRINT NAME)

▶ *Megan G. Demshki*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(1)

| SHORT TITLE: Martinez v. Costco | CASE NUMBER. |
|---|---|

____First____ CAUSE OF ACTION—Motor Vehicle
   (number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* October 19, 2016
at *(place):* At or near the Costco parking lot located at 900 Harbor Blvd, Fullerton, CA 92832

MV-2. DEFENDANTS
  a. [X] The defendants who operated a motor vehicle are *(names):* Ameletta Bonneville and

    [X] Does __1__ to __100__

  b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* Costco Wholesale Corporation; Ameletta Bonneville; Janis Anton; and

    [X] Does __1__ to __100__

  c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names):* Ameletta Bonneville; Janis Anton; and

    [X] Does __1__ to __100__

  d. [X] The defendants who entrusted the motor vehicle are *(names):* Ameletta Bonneville; Janis Anton; and

    [X] Does __1__ to __100__

  e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* Costco Wholesale Corporation; Ameletta Bonneville; Janis Anton; and

    [X] Does __1__ to __100__

  f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ] listed in Attachment MV-2f    [X] as follows:
    Costco Wholesale Corporation; and

    [X] Does __1__ to __100__

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Legal Solutions Plus

Code of Civil Procedure 425.12

PLD-PI-001(2)

| SHORT TITLE: Martinez v. Costco | CASE NUMBER: |
|---|---|

Second **CAUSE OF ACTION—General Negligence** Page 5
(number) (WRONGFUL DEATH)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez
alleges that defendant *(name):* Costco Wholesale Corporation, Ameletta Bonneville; Janis Anton and

[X] Does 1 to 100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 10/19/16
at *(place):* At or near the Costco parking lot located at 900 Harbor Blvd, Fullerton, CA 92832
*(description of reasons for liability):*

1. Plaintiffs incorporate the above paragraphs and causes of action as though fully set forth herein.

2. On October 19, 2016, decedent, Alfredo Martinez, was walking in the Costco parking lot, located at or near 900 Harbor Blvd, Fullerton, CA 92832, when suddenly and without warning, Decedent, Alfredo Martinez was struck by a Ford F-150 vehicle driven by Defendant, Janis Anton, and owned by Defendant, Ameletta Bonneville.

3. The Defendant, Costco Wholesale Corporation, and DOES 1 to 100, and each of them, are the owners, maintainers, architects, developers, operators, contractors, subcontractors, builders and/or constructors of certain premises located at 900 Harbor Blvd, Fullerton, CA 92832. On or about October 19, 2016, the Defendants, and each of them, negligently, carelessly, recklessly and otherwise unlawfully owned, operated, maintained, inspected, performed work, designed, constructed, planned, failed to warn, or otherwise conducted themselves in all manners so as to cause said premises to be in a dangerous condition, in that, among other things, the negligently designed parking lot with improper traffic signage, created a dangerous condition that ultimately caused Mr. Martinez's untimely death.

4. At all times herein mentioned and as a direct and legal result of the negligence, carelessness, recklessness, wantonness, gross negligence, and unlawfulness of Defendants, and each of them, and the resulting accident, Alfredo Martinez sustained severe and serious injuries resulting in his death.

PLD-PI-001(4)

| SHORT TITLE: Martinez v. Costco | CASE NUMBER. |
|---|---|

Third _____ CAUSE OF ACTION—Premises Liability    Page 6
  (number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 10/19/16    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
The Defendants, Costco Wholesale Corporation, and DOES 1 to 100, and each of them, are the owners, maintainers, architects, developers, operators, contractors, subcontractors, builders and/or constructors of certain premises located at 900 Harbor Boulevard, Fullerton, CA 92832. On or about October 19, 2016, the Defendants, and each of them, negligently, carelessly, recklessly and otherwise unlawfully owned, operated, maintained, inspected, performed work, designed, constructed, planned, failed to warn, or otherwise conducted themselves in all manners so as to cause said premises to be in a dangerous condition, in that, among other things, the negligently designed parking lot with improper traffic signage, improper pedestrian protections that created a dangerous condition that ultimately caused Mr. Martinez's untimely death.

Prem.L-2. [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* Costco Wholesale Corporation and

[X] Does 1 to 100

Prem.L-3. [X] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):* Costco Wholesale Corporation and

[X] Does 1 to 100
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [X] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[X] Does 1 to 100
a. [X] The defendant public entity had [X] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [X] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants.** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* Costco Wholesale Corporation and

[X] Does 1 to 100
b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [X] as follows *(names):* Costco Wholesale Corporation and DOES 1 to 100

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(4) [Rev. January 1, 2007] | CAUSE OF ACTION—Premises Liability | Legal Solutions Plus | Code of Civil Procedure, § 425.12 |

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Wylie A. Aitken (SBN 37770)<br>Megan G. Demshki (SBN 306881)<br>AITKEN*AITKEN*COHN<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA 92707<br>TELEPHONE NO.: (714) 434-1424   FAX NO. (Optional): 714-434-3600<br>E-MAIL ADDRESS (Optional): megan@aitkenlaw.com<br>ATTORNEY FOR (Name): Plaintiffs | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER: Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos

DEFENDANT/RESPONDENT: Costco Wholesale Corporation, Ameletta Bonneville; Janis Anton and DOES 1-100

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>30-2018-00989616 |
|---|---|

TO (insert name of party being served): Costco Wholesale Corporation

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 5/7/18

Jennifer Smith
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [X] A copy of the summons and of the complaint.
2. [X] Other: (specify): Civil Case Cover Sheet

[stamp: RECEIVED MAY 1[?] 2018 GL CLAIMS DEPT]

(To be completed by recipient):
Date this form is signed:

_____   ▶   _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Legal<br>Solutions<br>Plus | Code of Civil Procedure,<br>§§ 415.30, 417.10 |

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Wylie A. Aitken (SBN 37770)<br>Megan G. Demshki (SBN 306881)<br>AITKEN*AITKEN*COHN<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA 92707<br>TELEPHONE NO.: (714) 434-1424   FAX NO. (Optional): 714-434-3600<br>E-MAIL ADDRESS (Optional): megan@aitkenlaw.com<br>ATTORNEY FOR (Name): Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER: Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos

DEFENDANT/RESPONDENT: Costco Wholesale Corporation, Ameletta Bonneville; Janis Anton and DOES 1-100

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: 30-2018-00989616

TO (insert name of party being served): Costco Wholesale Corporation

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 5/7/18

Jennifer Smith
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [X] A copy of the summons and of the complaint.
2. [X] Other: (specify): Civil Case Cover Sheet

(To be completed by recipient):
Date this form is signed:

▸

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Legal Solutions Plus

Code of Civil Procedure,
§§ 415.30, 417.10

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Aylie A. Aitken (SBN 37770)<br>Megan G. Demshki (SBN 306881)<br>AITKEN*AITKEN*COHN<br>3 MacArthur Place, Suite 800<br>Santa Ana, CA 92707<br>TELEPHONE NO.: (714) 434-1424   FAX NO. *(Optional)*: (714) 434-3600<br>E-MAIL ADDRESS *(Optional)*: megan@aitkenlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER | |
| PLAINTIFF/PETITIONER: Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos<br>DEFENDANT/RESPONDENT: Costco Wholesale Corporation, Amele | CASE NUMBER:<br>30-2018-00989616 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*: Costco Wholesale Corporation

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   CT Corporation - Agent for Service of Process

4. Address where the party was served: 999 Lake Drive, Issaquah, WA 98027

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos | CASE NUMBER 30-2018-00989616 |
|---|---|
| DEFENDANT/RESPONDENT: Costco Wholesale Corporation, Amele | |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date): 5/7/18     (2) from (city): Santa Ana

    (3) [X] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [X] On behalf of *(specify):* Costco Whoesale Corporation
   under the following Code of Civil Procedure section:
   - [X] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name: Jennifer Smith
   b. Address: 3 MacArthur Place, Suite 800, Santa Ana, CA 92707
   c. Telephone number: 714-434-1424
   d. The fee for service was: $
   e. I am:
     (1) [X] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ ] registered California process server:
       (i) [ ] owner [ ] employee [ ] independent contractor.
       (ii) Registration No.:
       (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 5/7/18

Jennifer Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)



7016 1370 0000 6366 4167

CT Corporation
999 Lake Drive
Issaquah, WA 98027

AITKEN · AITKEN · COHN

MacArthur Place
3 MacArthur Place, Suite 800
P.O. Box 2555
Santa Ana, California 92707