STEPHEN M. HARBER, STATE BAR #119830
AMY ARSENEAUX EVENSTAD, STATE BAR #305828
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500
Facsimile: (213) 689-2501
sharber@mccuneharber.com and aevenstad@mccuneharber.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Lourdes Martinez; Alfred Martinez, Jr.; Elizabeth Martinez; Araceli Casanas; Carlos Martinez,<br><br>    Plaintiffs,<br><br>vs.<br><br>Costco Wholesale Corporation; Ameletta Bonneville; Janis Anton; and Does 1 to 100, Inclusive,<br><br>    Defendants. | Case No: 8:18-CV-01296 JVS (KESX)<br>Assigned to Hon. James V. Selna Ctrm 10C<br>Magistrate Judge Hon. Karen E. Scott<br>(Complaint filed on May 1, 2018)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 8:18-CV-01296 JVS (KESX) is hereby **DISMISSED** with prejudice in its entirety.

DATED: April 21, 2020        _____
                              Judge James V. Selna
                              UNITED STATES DISTRICT JUDGE